UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTHER POWERS | : | |
| | : | |
| v. | : | C.A. NO. 2006-481-ML |
| | : | |
| CARE NEW ENGLAND, in its capacity as Plan Administrator, and CARE NEW ENGLAND GROUP LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT PLAN | : | |

**DEFENDANTS' ANSWER**

Defendants Care New England, in its capacity as Plan Administrator, and Care New England Group Life and Accidental Death and Dismemberment Plan submit their answer to Plaintiff's complaint.

**JURISDICTION AND VENUE**

Defendants leave Plaintiff to her proof regarding the jurisdictional and venue allegations, which state conclusions of law. Defendants deny that they have any liability for the claims asserted in the complaint.

**THE PARTIES**

1. Upon information and belief, Defendants admit that Plaintiff is a citizen of the United States. Defendants lack knowledge or information to form a belief regarding Plaintiff's current residential address. Defendants admit that Plaintiff is a former employee of Kent County Hospital and that her dates of employment ranged from on or about September 14, 1970 through on or about July 10, 2006.

2. Defendants admit the allegations in paragraph 2.

3. Defendants admit the allegations in paragraph 3.

4. Defendants admit that Plaintiff was a plan participant, but deny that the accidental death and dismemberment provisions extended to coverage for the death of her husband.

5. Upon information and belief, Defendants admit that Plaintiff's spouse died on or about January 19, 2004. Defendants deny that Plaintiff's spouse died as the result of an accident, as defined in the Plan.

6. Defendants deny the allegations in paragraph 6.

7. Defendants admit that Plaintiff demanded payment on or about November 26, 2004 and that the Administrator denied the claim. Defendants deny any allegation that the refusal to pay accidental death benefits was improper.

8. Defendants admit that Plaintiff's claim for accidental death benefits was denied.

9. Defendants deny the allegations in this paragraph.

**COUNT I**
**(DECLARATORY RELIEF)**

8. [sic] Defendants deny that Plaintiff has any right to recover accidental death benefits pursuant to the Plan.

**COUNT II**
**(FAILURE TO PROVIDE PLAN BENEFITS)**

9. [sic] Upon information and belief, Defendants admit that Plaintiff's spouse died on or about January 19, 2004. Defendants deny that Plaintiff was entitled to a payment of accidental death benefits.

10. [sic] Defendants deny the allegations in this paragraph.

11. [sic] Defendants deny the allegations in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by her failure to exhaust her administrative remedies and/or internal appeals procedures.

### THIRD AFFIRMATIVE DEFENSE

Based on the circumstances and administrative record in this case, Defendants request that this Court order Plaintiff to pay their attorneys' fees and costs under 29 U.S.C.§ 1132(g).

### FOURTH AFFIRMATIVE DEFENSE

The denial of benefits at issue was reasonable, was not arbitrary and capricious, and should be upheld by this Court based upon the administrative record before the decision maker under the policy.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to attorneys' fees on her claims.

### SIXTH AFFIRMATIVE DEFENSE

Defendants have acted, at all times, in good faith, reasonably and justifiably.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants reserve the right to add such other affirmative defenses as may become apparent as a result of further proceedings in this matter.

WHEREFORE, Defendants pray that Plaintiff's complaint be dismissed with prejudice, Plaintiff's demands for relief be denied in every respect, and this Court grant such other and further relief as may be proper.

CARE NEW ENGLAND, in its capacity
as Plan Administrator, and
CARE NEW ENGLAND GROUP LIFE
AND ACCIDENTAL DEATH AND
DISMEMBERMENT PLAN

By their Attorneys,

/s/ Jeffrey S. Brenner
/s/ Steven M. Richard
Jeffrey S. Brenner (#4369)
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
jbrenner@nixonpeabody.com
srichard@nixonpeabody.com

Dated: December 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2006, a copy of the foregoing Answer was filed electronically and served electronically by operation of the Court's CM/ECF System upon Mark B. Morse, Esq., at mark@morselawoffice.com, as identified on the Notice of Electronic filing (NEF).

/s/ Steven M. Richard