UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTHER POWERS | : | |
| | : | |
| v. | : | C.A. NO. 2006-481-ML |
| | : | |
| CARE NEW ENGLAND, in its capacity as Plan Administrator, and CARE NEW ENGLAND GROUP LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT PLAN | : | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants submit their Corporate Disclosure Statement.

Defendant Care New England Health Systems ("Care New England"), a non-profit Rhode Island corporation, is comprised of the following members: Butler Hospital, Kent Hospital, Women & Infants Hospital, The Care New England Wellness Centers and Care New England Home Health.

Care New England has no parent corporation, and there is no publicly held corporation that owns 10% or more of Care New England.

CARE NEW ENGLAND, in its capacity
as Plan Administrator, and
CARE NEW ENGLAND GROUP LIFE
AND ACCIDENTAL DEATH AND
DISMEMBERMENT PLAN

By their Attorneys,

/s/ Steven M. Richard

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
jbrenner@nixonpeabody.com
srichard@nixonpeabody.com

Dated: January 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, a copy of the foregoing Defendants' Corporate Disclosure Statement was filed electronically and served electronically by operation of the Court's CM/ECF System upon Mark B. Morse, Esq., at mark@morselawoffice.com, as identified on the Notice of Electronic filing (NEF).

/s/ Steven M. Richard