UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ESTHER POWERS

VS. CA NO: 06-481ML

CARE NEW ENGLAND In its Capacity as
Plan Administrator; and CARE NEW ENGLAND
Group Life and Accidental Death and Dismemberment Plan

**STIPULATION**

Plaintiff's Complaint may be amended in the form and manner as attached.

PLAINTIFF
By Her Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse

Mark B. Morse (# 3003)
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax: (401) 273-0937
mark@morselawoffice.com

January 26, 2007

DEFENDANTS
By Their Attorneys
Nixon Peabody, LLP

/s/ Steven M. Richard

Steven M. Richard (#4403)
1 Citizens Plaza
Providence, RI 02903
(401) 454-1000
fax (401) 454-1030
srichard@nixonpeabody.com

January 26, 2007