UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTHER POWERS | : | |
| | : | |
| v. | : | C.A. NO. 2006-481-ML |
| | : | |
| CARE NEW ENGLAND, in its capacity as Plan Administrator, CARE NEW ENGLAND GROUP LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT PLAN; UNUM LIFE INSURANCE COMPANY OF NORTH AMERICA | : | |

**STIPULATION EXTENDING TIME**

Plaintiff Esther Powers and Defendants Care New England, in its capacity as Plan Administrator, and Care New England Group Life and Accidental Death and Dismemberment Plan (collectively, "Care New England Defendants") stipulate that the Care New England Defendants shall have up to an including February 23, 2007 to answer or otherwise respond to Plaintiff's amended complaint.

ESTHER POWERS

By Her Attorney,

/s/ Mark B. Morse
Mark B. Morse (#3003)
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(401) 273-0937 (Fax)
mark@morselawoffice.com

CARE NEW ENGLAND, in its capacity as Plan Administrator, CARE NEW ENGLAND GROUP LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT PLAN

By Their Attorney,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: February 14, 2007