UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTHER POWERS, Plaintiff | ) | C.A. No. 06-0481/ML |
| v. | ) | |
| CARE NEW ENGLAND, et al. Defendants | ) | STIPULATION |

Plaintiff and defendant Unum Life Insurance Company of America ("Unum") agree that Unum may have up to and including March 12, 2007 to respond to the amended complaint.

Mark B. Morse, Esq. #3003
Law Office of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(401) 273-0937 [FAX]

Brooks R. Magratten, Esq. #3585
VETTER & WHITE
Attorneys for Defendant
Unum Life Insurance Company of America
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: February 23, 2007