UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTHER POWERS | : | |
| | : | |
| v. | : | C.A. NO. 2006-481-ML |
| | : | |
| CARE NEW ENGLAND, in its capacity as Plan Administrator, CARE NEW ENGLAND GROUP LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT PLAN; UNUM LIFE INSURANCE COMPANY OF AMERICA | : | |

**DISMISSAL STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, acting by their undersigned and authorized counsel, stipulate that Plaintiff's Amended Complaint is dismissed with prejudice and without costs.

ESTHER POWERS

By Her Attorney,

/s/ Mark B. Morse
Mark B. Morse (#3003)
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(401) 273-0937 (Fax)
mark@morselawoffice.com

Dated: March 20, 2007

CARE NEW ENGLAND, in its capacity as Plan Administrator and CARE NEW ENGLAND GROUP LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT PLAN

By Their Attorney,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: March 20, 2007

UNUM LIFE INSURANCE
COMPANY OF AMERICA

By Its Attorney,

/s/ Brooks R. Magratten

Brooks R. Magratten (#3585)
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 421-6813 (Fax)
bmagratten@vetterandwhite.com

Dated: March 20, 2007